**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
2011 APR 22  10: 09

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>FERNANDO JAVIER ALARID,<br><br>                Defendant. | CASE NO. 10CR4917-LAB<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

___   the Court has granted the motion of the Government for dismissal; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

**X**   of the offense(s) of the Indictment/Information: 21 USC 846 and 841(a)(1) - Conspiracy To Distribute Controlled Substance.

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 4/18/2011

*/s/ Larry A. Burns*

LARRY ALAN BURNS
UNITED STATES DISTRICT JUDGE